JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BOURGEOIS,<br><br>        Petitioner,<br><br>        v.<br><br>TIM VIRGA, Warden,<br><br>        Respondent. | Case No. CV 12-5941-GW (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 6, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE